

**AIR LAND RAIL SEA**

VIA ECF

Judge Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **MEMO ENDORSED**
>
> Defendants' request is granted. The Court sets the following updated briefing schedule: (1) moving papers due October 2, 2025; (2) opposition due November 3, 2025; and (3) reply due November 17, 2025.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: August 26, 2025
> New York, New York

Re: *Luckie v. The Port Authority of New York & New Jersey, et al.*
     Index No.: 1:22 cv 06114 (ER)

Dear Judge Ramos:

   I am the attorney who has been handling this case on behalf of the defendants since shortly after its inception. This letter is to request an extension of the schedule for defendants' Motion for Summary Judgment, which is scheduled to be filed on September 2, 2025. ~~I am requesting this~~ extension because I was required to undergo surgery this August, which resulted in my losing valuable time from my work schedule.

   Defendants are proposing the following schedule:

| | |
|---|---|
| October 2, 2025 | Defendants' Motion for Summary Judgement to be filed. |
| November 3, 2025 | Plaintiff's opposition papers to the Motion for Summary Judgement to be filed |
| November 17, 2025 | Defendants' Reply papers in support of their Motion for Summary Judgement to be filed. |

   Plaintiff has consented to the proposed new schedule. No prior applications for an extension have been made.

                                                       Respectfully submitted,

                                                       Kathleen Gill Miller

KM:ja
Encl.

cc:   Dennis Kelly, Esq.
      Kelly & Grossman
      Attorney for Plaintiff
      1248 Montauk Highway
      West Islip, New York 11795
      Via ECF

4 World Trade Center I 150 Greenwich Street, 24th Floor I New York, NY 10007 I T: 212-435-3434 I F: 212-435-3834 I kmiller@panynj.gov