UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES LUCKIE,

                        Plaintiff,

    -against-

THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, PORT AUTHORITY INSPECTOR GENERAL,
JOHN LEDDEN, Individually and as an Employee of THE
PORT AUTHORITY OF NEW YORK AND NEW
JERSEY OFFICE OF INSPECTOR GENERAL,
MICHAEL NESTOR, Individually and as Employee of
THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY OFFICE OF INSPECTOR GENERAL, and
STEVEN PASICHOW, Individually and as Employee of
THE PORT AUTHORITY OF NEW YORK AND NEW
JERSEY OFFICE OF INSPECTOR GENERAL, PETER
MAINO, Individually and as Employee of THE PORT
AUTHORITY OF NEW YORK AND NEW JERSEY
OFFICE OF INSPECTOR GENERAL, DETECTIVE
MARK GAUNT, Individually and as Employee of THE
PORT AUTHORITY OF NEW YORK AND NEW
JERSEY OFFICE OF INSPECTOR GENERAL,

                        Defendants.
-----------------------------------------------------------------X

Civil No.: 1:22-cv-06114-ER

**AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

The undersigned counsel for Plaintiff and the Defendants submit this proposed Amended Civil Case Scheduling Order pursuant to Fed. R. Civ. P. 16 and 26(f) as follows:

1. Motion for Summary Judgment Briefing Schedule:

    a. Defendant's Motion for Summary Judgment no later than November 3, 2025.

    b. Plaintiff's Opposition to Defendant's Motion for Summary Judgment no later than December 1, 2025.

    c. Defendant's Reply Motion for Summary Judgment no later than December 16, 2025.

Dated: New York, New York  
       September 18, 2025

**KELLY GROSSMAN & KERRIGAN LLP**  
*Attorneys for Plaintiff James Luckie*

By: _____  
    Dennis Kelly, Esq.

1248 Montauk Highway  
West Islip, New York 11795  
T: (631) 314-4996  
E: dkelly@kandgfirm.com

Dated: New York, New York  
       September 18, 2025

**THE PORT AUTHORITY LAW DEPARTMENT**  
*Attorneys for The Port Authority of New York and New Jersey The Port Authority Inspector General, John Ledden, Steven Pasichow, Peter Maino, and Mark Gaunt*

By: _____  
    Nicholas Maino, Esq.

4 World Trade Center, 24th Floor  
New York, New York 10007  
T: (212) 435-3669  
E: nmino@panynj.gov

SO ORDERED:

_____  
Edgardo Ramos, U.S.D.J.  
Dated: September 22, 2025  
New York, New York