**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JAMES LUCKIE,

Plaintiff,

22 **CIVIL** 6114 (ER)

-against-

**JUDGMENT**

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY; PORT AUTHORITY INSPECTOR GENERAL; JOHN LEDDEN, individually and as an employee of the Port Authority of New York and New Jersey Office of Inspector General; MICHAEL NESTOR, individually and as an employee of the Port Authority of New York and New Jersey Office of Inspector General; STEVEN PASICHOW, individually and as an employee of the Port Authority of New York and New Jersey Office of Inspector General; PETER MAINO, individually and as an employee of the Port Authority of New York and New Jersey Office of Inspector General; and MARK GAUNT, individually and as an employee of the Port Authority of New York and New Jersey Office of Inspector General.

Defendants.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2026, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**